FILED
7/29/26 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Angela N. Russell, | ) | Case No. 26-21803 GLT |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Angela N. Russell, | ) | Document No.  15 |
| | ) | |
| *Movant(s)* | ) | |
| | ) | |
| No Respondents | ) | |

MODIFIED

### ORDER OF COURT

AND NOW, to wit, this _____29TH_____ day of _____July_____, 2026, it is

hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Angela N. Russell, is hereby

granted an extension until August 11, 2026 to file the completed petition in this case.
 No further extensions will be permitted.

Dated: July 29, 2026

_____J.
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 26-21803-GLT

Angela N. Russell                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID**        **Recipient Name and Address**
db        +   Angela N. Russell, 3505 5th Avenue, Beaver Falls, PA 15010-3416

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:

**Name**        **Email Address**

Brent J. Lemon
     on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
     aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Kenneth Steidl
     on behalf of Debtor Angela N. Russell julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 29, 2026                       Form ID: pdf900                              Total Noticed: 1
TOTAL: 5