WWR# 042248319

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| IN RE: | CASE NO. 26-21803-GLT |
| ANGELA N RUSSELL | CHAPTER 13 |
| | JUDGE GREGORY L TADDONIO |
| DEBTOR(S) | |

### NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, BLACKHAWK FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for BLACKHAWK FEDERAL CREDIT UNION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered

ECF Participants, **electronically** through the court's ECF System at the email address registered with the court

and  by **ordinary U.S. Mail** on 3rd day of August, 2026 addressed to:

KENNETH STEIDL, Attorney for Debtor
JULIE.STEIDL@STEIDL-STEINBERG.COM

RONDA J WINNECOUR, Trustee
600 GRANT ST STE 3250
PITTSBURGH, PA 15219


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

ANGELA N RUSSELL
3505 5TH AVE
BEAVER FALLS, PA 15010-3416

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com