# Angela N. Russell

# Proof of Income
# Filed pursuant to rule 1007-4

# Case No. 26-21803

# ePayroll | 2026 - 13

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
13-2026
Pay Date:
06/18/26
Inclusive Dates:
05/30/26 - 06/12/26
Net Pay:
$1,346.45

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 13-26 1 M 04 A 820 19.02 052 WORK HOURS 36.05 685.67 13-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 36.05 38.21 13-26 1 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .03 .00 13-26 1 M 05 A 820 20.01 052 WORK HOURS 3.92 78.44 13-26 1 M 05 A 820 20.01 054 NIGHT WORK PREM HOURS 3.92 4.35 13-26 2 M 04 A 820 19.02 052 WORK HOURS 26.84 510.50 13-26 2 M 04 A 820 19.02 054

NIGHT WORK PREM HOURS 26.84 28.45 13-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .08 .00 13-26 2 M 05 A 820 20.01 052 WORK HOURS 13.08 261.73 13-26 2 M 05 A 820 20.01 054 NIGHT WORK PREM HOURS 13.08 14.52 Total Hours Gross Pay: 1,621.87

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 38.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 38.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 38.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| Earnings Statement Messages |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,621.87 | $15,694.85 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 100.56 | 973.08 |
| Medicare | 23.52 | 227.58 |
| Federal Tax: H 00 | 69.55 | 646.68 |
| State Income Tax: PA S 00 | 49.79 | 481.84 |
| Union Dues: H | 32.00 | 320.00 |
| Total Current Pay Period Deductions: | 275.42 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $275.42 | $2,649.18 |
| Net Pay (Paper Check): | $1,346.45 | $13,045.67 |

## Adjustments

# ePayroll | 2026 - 12

UNITED STATES POSTAL SERVICE

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
12-2026
Pay Date:
06/05/26
Inclusive Dates:
05/16/26 - 05/29/26
Net Pay:
$1,500.46

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 12-26 1 M 04 A 820 19.02 052 WORK HOURS 39.98 760.42 12-26 1 M 04 A 820 19.02 053 OVERTIME HOURS 1.83 52.21 12-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.81 43.26 12-26 1 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .02 .00 12-26 1 FLSA .75 12-26 2 M 04 A 820 19.02 052 WORK HOURS 24.50 465.99 12-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 24.50 25.97 12-26 2

M 04 A 820 19.02 058 HOLIDAY LEAVE 8.00 152.16 12-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .33 .00 12-26 2 M 05 A 820 20.01 052 WORK HOURS 15.17 303.55 12-26 2 M 05 A 820 20.01 054 NIGHT WORK PREM HOURS 15.17 16.84 12-26 2 M 05 A 820 20.01 063 LEAVE/NO-OT CROSSFOOT 8.00 .00
Total Hours Gross Pay: 1,821.15

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 34.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 34.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 34.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| Earnings Statement Messages |
| --- |
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,821.15 | $14,072.98 |

## Deductions

Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Social Security | 112.91 | 872.52 |
| Medicare | 26.41 | 204.06 |
| Federal Tax: H 00 | 93.46 | 577.13 |
| State Income Tax: PA S 00 | 55.91 | 432.05 |
| Union Dues: H | 32.00 | 288.00 |
| Total Current Pay Period Deductions: | 320.69 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $320.69 | $2,373.76 |
| Net Pay (Paper Check): | $1,500.46 | $11,699.22 |

## Adjustments

# ePayroll | 2026 - 11

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
11-2026
Pay Date:
05/22/26
Inclusive Dates:
05/02/26 - 05/15/26
Net Pay:
$1,378.33

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 11-26 1 M 04 A 820 19.02 052 WORK HOURS 39.93 759.47 11-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 39.93 42.33 11-26 1 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .07 .00 11-26 2 M 04 A 820 19.02 052 WORK HOURS 38.08 724.28 11-26 2 M 04 A 820 19.02 053 OVERTIME HOURS 1.90 54.21 11-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 38.91 41.24 11-26 2 M 05 A 820

20.01 052 WORK HOURS 1.92 38.42 11-26 2 M 05 A 820 20.01
054 NIGHT WORK PREM HOURS 1.92 2.13 11-26 2 FLSA 1.03
Total Hours Gross Pay: 1,663.11

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 30.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 30.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 30.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| Earnings Statement Messages |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,663.11 | $12,251.83 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 103.11 | 759.61 |
| Medicare | 24.11 | 177.65 |
| Federal Tax: H 00 | 74.50 | 483.67 |
| State Income Tax: PA S 00 | 51.06 | 376.14 |
| Union Dues: H | 32.00 | 256.00 |
| Total Current Pay Period Deductions: | 284.78 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $284.78 | $2,053.07 |
| Net Pay (Paper Check): | $1,378.33 | $10,198.76 |

## Adjustments

# ePayroll | 2026 - 10

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
10-2026
Pay Date:
05/08/26
Inclusive Dates:
04/18/26 - 05/01/26
Net Pay:
$1,355.65

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 10-26 1 M 04 A 820 19.02 052 WORK HOURS 31.97 608.07 10-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 31.97 33.89 10-26 1 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .03 .00 10-26 1 M 05 A 820 20.01 052 WORK HOURS 8.00 160.08 10-26 1 M 05 A 820 20.01 054 NIGHT WORK PREM HOURS 8.00 8.88 10-26 2 M 04 A 820 19.02 052 WORK HOURS 21.12 401.70 10-26 2 M 04 A 820 19.02 054

NIGHT WORK PREM HOURS 21.12 22.39 10-26 2 M 05 A 820 20.01 052 WORK HOURS 18.88 377.79 10-26 2 M 05 A 820 20.01 054 NIGHT WORK PREM HOURS 18.88 20.96 Total Hours Gross Pay: 1,633.76

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 26.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 26.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 26.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| Earnings Statement Messages |
|---|
| No messages |

**Additional Pay & Other Compensation**

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,633.76 | $10,588.72 |

**Deductions**

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 101.29 | 656.50 |
| Medicare | 23.69 | 153.54 |
| Federal Tax: H 00 | 70.97 | 409.17 |
| State Income Tax: PA S 00 | 50.16 | 325.08 |
| Union Dues: H | 32.00 | 224.00 |
| Total Current Pay Period Deductions: | 278.11 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $278.11 | $1,768.29 |
| Net Pay (Paper Check): | $1,355.65 | $8,820.43 |

**Adjustments**

# ePayroll | 2026 - 9

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
09-2026
Pay Date:
04/24/26
Inclusive Dates:
04/04/26 - 04/17/26
Net Pay:
$1,333.95

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 09-26 1 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 09-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.00 42.40 09-26 2 M 04 A 820 19.02 052 WORK HOURS 39.97 760.23 09-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 39.97 42.37 09-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .03 .00 Total Hours Gross Pay: 1,605.80

## Leave & Retirement Information

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 22.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 22.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 22.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,605.80 | $8,954.96 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 99.56 | 555.21 |
| Medicare | 23.29 | 129.85 |
| Federal Tax: H 00 | 67.70 | 338.20 |
| State Income Tax: PA S 00 | 49.30 | 274.92 |
| Union Dues: H | 32.00 | 192.00 |
| Total Current Pay Period Deductions: | 271.85 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $271.85 | $1,490.18 |
| Net Pay (Paper Check): | $1,333.95 | $7,464.78 |

## Adjustments

# ePayroll | 2026 - 8

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
08-2026
Pay Date:
04/10/26
Inclusive Dates:
03/21/26 - 04/03/26
Net Pay:
$1,117.13

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 08-26 1 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 08-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.00 42.40 08-26 2 M 04 A 820 19.02 052 WORK HOURS 26.35 501.18 08-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 26.35 27.93 08-26 2 M 04 A 820 19.02 059 PARTIAL DAY LWOP HOURS 1.64 .00 08-26 2 M 04 A 820 19.02

076 NON-SCHEDULED CROSS-FOOT 12.01 .00 Total Hours Gross Pay: 1,332.31

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 18.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 18.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 18.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | 1.64 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,332.31 | $7,349.16 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 82.61 | 455.65 |
| Medicare | 19.32 | 106.56 |
| Federal Tax: H 00 | 40.35 | 270.50 |
| State Income Tax: PA S 00 | 40.90 | 225.62 |
| Union Dues: H | 32.00 | 160.00 |
| Total Current Pay Period Deductions: | 215.18 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $215.18 | $1,218.33 |
| Net Pay (Paper Check): | $1,117.13 | $6,130.83 |

## Adjustments

# ePayroll | 2026 - 7

UNITED STATES POSTAL SERVICE

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
07-2026
Pay Date:
03/27/26
Inclusive Dates:
03/07/26 - 03/20/26
Net Pay:
$1,334.28

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 07-26 1 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 07-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.00 42.40 07-26 2 M 04 A 820 19.02 052 WORK HOURS 39.99 760.61 07-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 39.99 42.39 07-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .01 .00 Total Hours Gross Pay: 1,606.20

## Leave & Retirement Information

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 14.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 14.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 14.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,606.20 | $6,016.85 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 99.58 | 373.04 |
| Medicare | 23.29 | 87.24 |
| Federal Tax: H 00 | 67.74 | 230.15 |
| State Income Tax: PA S 00 | 49.31 | 184.72 |
| Union Dues: H | 32.00 | 128.00 |
| Total Current Pay Period Deductions: | 271.92 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $271.92 | $1,003.15 |
| Net Pay (Paper Check): | $1,334.28 | $5,013.70 |

## Adjustments

# ePayroll | 2026 - 6

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
640
Pay Period:
06-2026
Pay Date:
03/13/26
Inclusive Dates:
02/21/26 - 03/06/26
Net Pay:
$1,333.96

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 06-26 1 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 06-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.00 42.40 06-26 2 M 04 A 820 19.02 052 WORK HOURS 39.97 760.23 06-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 39.97 42.37 06-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT .03 .00 Total Hours Gross Pay: 1,605.80

## Leave & Retirement Information

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 10.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 10.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 10.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,605.80 | $4,410.65 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 99.56 | 273.46 |
| Medicare | 23.28 | 63.95 |
| Federal Tax: H 00 | 67.70 | 162.41 |
| State Income Tax: PA S 00 | 49.30 | 135.41 |
| Union Dues: H | 32.00 | 96.00 |
| Total Current Pay Period Deductions: | 271.84 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $271.84 | $731.23 |
| Net Pay (Paper Check): | $1,333.96 | $3,679.42 |

## Adjustments

# ePayroll | 2026 - 5

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
000
Pay Period:
05-2026
Pay Date:
02/27/26
Inclusive Dates:
02/07/26 - 02/20/26
Net Pay:
$1,206.93

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 05-26 1 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 05-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 40.00 42.40 05-26 2 M 04 A 820 19.02 052 WORK HOURS 31.99 608.45 05-26 2 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 31.99 33.91 05-26 2 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT 8.01 .00 Total Hours Gross Pay: 1,445.56

## Leave & Retirement Information

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 6.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 6.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 6.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,445.56 | $2,804.85 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 89.62 | 173.90 |
| Medicare | 20.96 | 40.67 |
| Federal Tax: H 00 | 51.67 | 94.71 |
| State Income Tax: PA S 00 | 44.38 | 86.11 |
| Union Dues: H | 32.00 | 64.00 |
| Total Current Pay Period Deductions: | 238.63 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $238.63 | $459.39 |
| Net Pay (Paper Check): | $1,206.93 | $2,345.46 |

## Adjustments

# ePayroll | 2026 - 4

- Statements
- Help

Logout

## USPS Employee Earnings Statement

### Employee Information

Employee:
ANGELA N RUSSELL
Employee ID:
06753133
Finance Number:
41-6607
Pay Location:
000
Pay Period:
04-2026
Pay Date:
02/13/26
Inclusive Dates:
01/24/26 - 02/06/26
Net Pay:
$1,138.53

### Paid Hours

Paid Hours Pay Period
Week RSC Level Step Des Act Salary Rate Code Description Hours Amount 04-26 1 M 04 A 820 19.02 052 WORK HOURS 23.00 437.46 04-26 1 M 04 A 820 19.02 053 OVERTIME HOURS 3.83 109.27 04-26 1 M 04 A 820 19.02 054 NIGHT WORK PREM HOURS 8.83 9.36 04-26 1 M 04 A 820 19.02 076 NON-SCHEDULED CROSS-FOOT 17.00 .00 04-26 2 M 04 A 820 19.02 052 WORK HOURS 40.00 760.80 04-26 2 M 04 A 820 19.02 054

NIGHT WORK PREM HOURS 40.00 42.40 Total Hours Gross Pay: 1,359.29

**Leave & Retirement Information**

| **Category: 4.00Annual Leave** | |
|---|---|
| **Leave Computation Date: 01/24/26** | |
| AL Prior Year Balance | .00 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | .00 |
| + AL Earned YTD | 3.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | .00 |
| = Earned Annual Leave Balance | 3.00 |
| + AL Advanced YTD | .00 |
| = Available AL Balance | 3.00 |
| AL Used this Pay Period | .00 |

| **Category: .00Sick Leave** | |
|---|---|
| SL Prior Year Balance | .00 |
| + SL Earned YTD | .00 |
| - SL Used YTD | .00 |
| = Current SL Balance | .00 |
| SL Used this Pay Period | .00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | |
|---|---|
| **YTD:** | Total: |

| **Insurance Income** | |
|---|---|
| **Pay Period:** | YTD: |

| **Earnings Statement Messages** |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,359.29 | $1,359.29 |

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Social Security | 84.28 | 84.28 |
| Medicare | 19.71 | 19.71 |
| Federal Tax: H 00 | 43.04 | 43.04 |
| State Income Tax: PA S 00 | 41.73 | 41.73 |
| Union Dues: H | 32.00 | 32.00 |
| Total Current Pay Period Deductions: | 220.76 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $220.76 | $220.76 |
| Net Pay (Paper Check): | $1,138.53 | $1,138.53 |

## Adjustments